FILED
March 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002524043

J. Michael Hopper
Bankruptcy Trustee
P.O. Box 73826
Davis, CA 95617
(530) 757-2033

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In Re,

IGOR ALEKSEYEVICH DUTOV

,Debtor

Case No. 10-23054-C-7

DCN: JMH-1
DATE: April 27, 2010
TIME: 9:30 a.m.
DEPT: C, Courtroom 35, 6th Floor

## MOTION FOR SALE OF EQUITY IN VEHICLE TO THE DEBTOR

I, J. MICHAEL HOPPER, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of the Estate's equity interest in a vehicle of the estate to the Debtor.

1. The Debtor herein filed Chapter 7 bankruptcy on February 9, 2010 and an Order for Relief was entered thereon.

2. J. Michael Hopper was appointed the Interim Chapter 7 Trustee for the estate on or about February 9, 2010 and continues to serve in that capacity.

3. The Debtor has listed in his bankruptcy Schedule B an interest in a 2005 Kenworth T600 tractor ("KW") valued at $17,837.00. The California vehicle ID is 3WKADB9X65F081570 and the plate number is VP34499. The Debtor can exempt $13,337.50. The Estate's equity interest in the vehicle is $4,499.50.

4. There are no perfected security interests against the KW.

5.  The Trustee has determined that the administration of this asset of the estate would best be served with the willing buyer/willing seller method. The Trustee has received an offer from the Debtor to purchase the Estate's equity interest in the KW for $4,500.00. The Debtor shall be responsible for any and all sales tax and transfer fees, if any. The Debtor has tendered $4,500.00 to the Trustee. The Trustee has accepted this offer subject to the approval of the United States Bankruptcy Court and subject to overbid.

6.  The KW has a salvage title and the mileage is over 620,000 miles.

7.  Overbidding is recommended in increments of $100.00 with overbids starting at a value of $17,937.50 or higher. The successful buyer shall pay to the Trustee the purchase price at the time and place of the date of the hearing by certified funds.

8.  The Trustee requests authority to sell the Estate's equity interest in the KW for $4,500.00 to the Debtor, Igor Alekseyevich Dutov.

WHEREFORE, J. Michael Hopper prays for an order as follows:

1.  The Court approve the sale of the Estate's equity interest in the 2005 Kenworth T600 tractor described above to the Debtor, Igor Alekseyevich Dutov, or over-bidder at a higher value;
2.  The Court authorizes the Trustee to provide a Bill of Sale and/or exercise any other documents to transfer the KW to the Buyer; and
3.  For such other and further relief as the Court deems appropriate.

DATE: March 30, 2010

J. Michael Hopper
Chapter 7 Trustee